UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════════

UNITED STATES OF AMERICA,

**DECISION AND ORDER**
26-CR-20-A

v.

PAULA SINCLAIR,

Defendant.

═══════════════════════════════════

On March 24, 2026, Defendant Paula Sinclair appeared before Magistrate Judge H. Kenneth Schroeder, Jr., waived her right to indictment (Dkt. No. 2) and entered a plea of guilty, pursuant to a written plea agreement (Dkt. No. 4), to a one-count Information (Dkt. No. 3), charging her with one count of wire fraud, in violation of 18 U.S.C. §1343.

Magistrate Judge Schroeder issued a Report and Recommendation (Dkt. No. 5) confirming his oral findings that Defendant's waiver of indictment and plea of guilty were knowing and voluntary, and that the plea was supported by a factual basis.  No timely objections to the Report and Recommendation have been filed.  It is hereby

**ORDERED** that, upon review of the waiver of indictment (Dkt. No. 2), the information (Dkt. No. 3), the plea agreement (Dkt. No. 4), the plea transcript (Dkt. No. 7) of the March 24, 2026, change-of-plea proceeding before the Magistrate Judge; and the Report and Recommendation (Dkt. No. 5), the Court finds that all the requirements of Federal Rules of Criminal Procedure Rule 11 have been carefully followed.  Defendant's waiver of her right to indictment together with her plea of guilty were knowing and

voluntary, and the plea of guilty was supported by a factual basis.  The Magistrate Judge informed Defendant, who was placed under oath and addressed personally in open court, of Defendant's rights and the trial rights she was waiving should the Court accept her plea of guilty, the nature of the charge to which she was pleading guilty, and any maximum possible penalty, among the other requirements listed in the Rule.  The Magistrate Judge determined that Defendant understood the foregoing.  Accordingly, Defendant's plea of guilty is accepted based upon the oral findings of the Magistrate Judge as confirmed in the written Report and Recommendation.

**Sentencing is scheduled for August 13, 2026 at 11:30 AM.**  The parties are directed to the Court's forthcoming Text Order for the submission of sentencing documents.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  April 13, 2026
        Buffalo, New York

2